**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| PATRICK HURD | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. 5:25-CV-00166-RWS-JBB |
| v. | § | |
| | § | |
| SHERIFF, BOWIE COUNTY, | § | |
| | § | |
| Respondent. | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

The Petitioner Patrick Hurd, an inmate proceeding *pro se*, filed this petition for the writ of

habeas corpus. Docket No. 1. The case was referred to United States Magistrate Judge J. Boone

Baxter in accordance with 28 U.S.C. § 636.

After review of the pleadings, the Magistrate Judge issued a Report and Recommendation

on April 6, 2026, recommending Petitioner's application for the writ of habeas corpus be dismissed

without prejudice for failure to exhaust state remedies and as barred by the abstention doctrine.

Docket No. 25. The Magistrate Judge further recommended that the dismissal of this petition

should have no effect upon Petitioner's right to seek such pre-trial relief to which he may be entitled

by law, to contest the criminal charges against him at trial, or to seek relief from any resulting

conviction by direct appeal or through state or federal habeas corpus proceedings. *Id.* at 4. A copy

of the Report was sent to Petitioner at his last known address, return receipt requested, but no

objections have been received. The Fifth Circuit Court of Appeals has explained that where a letter

is properly placed in the United States mail, a presumption exists that the letter reached its

destination in the usual time and was actually received by the person to whom it was

addressed. *Faciane v. Sun Life Assurance Company of Canada*, 931 F.3d 412, 420-21 and n.9 (5th Cir. 2019).

Because no objections to the Magistrate Judge's Report have been filed, Petitioner is barred from *de novo* review by the District Judge of those findings, conclusions and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court. *See Duarte v. City of Lewisville, Texas*, 858 F.3d 348, 352 (5th Cir. 2017); *Arriaga v. Laxminarayan*, Case No. 4:21-CV-00203-RAS, 2021 WL 3287683, at *1 (E.D. Tex. July 31, 2021).

The Court has reviewed the pleadings in this case and the Report and Recommendation of the Magistrate Judge. Upon such review, the Court has determined the Report of the Magistrate Judge is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*, 492 U.S. 918 (1989) (where no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law"). Accordingly, it is

**ORDERED** that the Report and Recommendation of the Magistrate Judge (Docket No. 25) is **ADOPTED** as the opinion of the District Court. It is further

**ORDERED** that the above-styled application for the writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state remedies and as barred by the abstention doctrine. The dismissal of the present petition shall have no effect upon Petitioner's right to seek such pre-trial relief to which he may be entitled by law, to contest the criminal charges against him at trial, or to seek relief from any resulting conviction by direct appeal or through state or federal habeas corpus proceedings.

**So ORDERED and SIGNED this 11th day of May, 2026.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE